**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00930-CV

## IN RE JOSEPH STROFFOLINO, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00125-2018**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's August 15, 2018 "petition for writ of habeas corpus and dissolution of warrant."

/s/     DAVID L. BRIDGES
        JUSTICE
